834

No. 191. American Marking Corp. et al. v. Adolph Gottscho, Inc. Supreme Court of New Jersey. Certiorari denied. *Ralph G. Mesce* for petitioners. *Jerome C. Eisenberg* for respondent.

No. 192. Marku v. Union & League of Romanian Societies of America, Inc. et al. Supreme Court of Ohio. Certiorari denied. *Novak N. Marku, pro se. Joseph J. Craciun* and *Richard H. Woods* for respondents.

No. 193. Taylor v. United States. C. A. 6th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 194. Kirschenmann et al. v. Westover, Collector of Internal Revenue. C. A. 9th Cir. Certiorari denied. *Llewellyn A. Luce* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Harry Baum* for respondent.

No. 197. Vasen v. United States. C. A. 7th Cir. Certiorari denied. *James W. Cassedy, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 199. Wilson Brothers v. Textile Workers Union of America, CIO, et al. C. A. 2d Cir. Certiorari denied. *Edward J. Ennis* for petitioner. *Arthur J. Goldberg* and *David E. Feller* for respondents.